**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 924 MAL 2014
: 
     Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
   v. : 
: 
: 
: 
ERIC A. CHAMBERS, : 
: 
     Petitioner : 

## ORDER

**PER CURIAM**

  **AND NOW**, this 2nd day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.